UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
OMAR ESAU GOMEZ DUBON,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Petitioner,　　　　　　　　　　:　　**ORDER REGULATING**
　　　　　　　　　　　　　　　　　　　　　　　:　　**PROCEEDINGS**
　　　　v.　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　　19 Civ. 8863 (AKH)
THOMAS R. DECKER, *et al.*,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Respondents.　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

　　　　On July 9, 2021, Petitioner filed a motion to enforce judgment (ECF No. 16), and a motion for order to show cause, preliminary injunction, and temporary restraining order (ECF No. 17). The parties shall appear for a telephonic hearing on this matter on July 12, 2021, at 3:00 p.m. Respondents are enjoined from detaining Petitioner prior to the hearing or any adjournment thereof. The hearing will be held via the following call-in number:

　　　　**Call-in number: 888-363-4749**

　　　　**Access code: 7518680**

　　　　No later than July 9, at 6:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information. All participants are directed to call in **5 minutes** prior to the start of the conference.

　　　　SO ORDERED.

Dated:　　July 9, 2021　　　　　　　　　　_____/s/_____
　　　　　New York, New York　　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　　　　United States District Judge