UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
OMAR ESAU GOMEZ DUBON,

                        Petitioner,

                    v.

THOMAS R. DECKER, *et al.*,

                      Respondents.

-------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

19 Civ. 8863 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On July 9, 2021, Petitioner filed a motion to enforce judgment (ECF No. 16), and a motion for order to show cause, preliminary injunction, and temporary restraining order (ECF No. 17). Later the same day, I issued an order directing the parties to appear for a hearing and enjoining Respondents from detaining Petitioner prior to the hearing or any adjournment thereof. ECF No. 19. In effect, that order granted Petitioner's motion for a preliminary injunction and restraining order.

       On September 13, 2021 I held oral argument on Petitioner's motion to enforce. At the conclusion of argument, I ordered that the injunction would remain in place until I issue a decision on Petitioner's motion to enforce. Tr. of Proceedings, ECF No. 34, 27:14–24. That order remains in effect, and Respondents are still enjoined from detaining Petitioner. Because my orders of July 9, 2021 and September 13, 2021 granted the relief sought by Petitioner's motion at ECF No. 17, that motion should be marked closed. The Clerk shall terminate ECF No. 17.

       SO ORDERED.

Dated:    March 28, 2022                          _____/s/_____
            New York, New York             ALVIN K. HELLERSTEIN
                                                                       United States District Judge